

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-11-508-CR

BRITTANY AIKEN                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal." Although appellant has not signed the motion in compliance with rule 42.2(a) of the rules of appellate procedure, appellant indicated in writing in a letter received in this court on April 12, 2012, that she no longer wishes to pursue her appeal. *See* Tex. R. App. P. 42.2(a). We suspend rule 42.2(a)'s requirement that appellant sign the motion to dismiss the appeal. *Id*.; *see* Tex. R. App. P. 2. No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

---
[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 26, 2012